UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., | )<br>)<br>) |
| Plaintiff, | ) No. 1:21-cv-02594-JPH-MJD |
| v. | ) |
| OLD NATIONAL BANK, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff the Fair Housing Center of Central Indiana, Inc., dismisses the above-captioned action with prejudice.

Dated: December 21, 2021

Respectfully submitted:

/s/ Glenn Schlactus
Glenn Schlactus, *pro hac vice*
John Relman, *pro hac vice*
Sara Pratt, *pro hac vice*
Alexa Milton, *pro hac vice*
RELMAN COLFAX PLLC
1225 19th St., NW
Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
gschlactus@relmanlaw.com
spratt@relmanlaw.com
amilton@relmanlaw.com

1

Russell B. Cate (Attorney No. 27056-29)
Matthew B. Keyes (Attorney No. 29315-49)
RileyCate, LLC
11 Municipal Drive Suite 320
Fishers, IN 46038
Tel: 317-588-2866
Fax: 317-564-0599
rcate@rileycate.com
mkeyes@rileycate.com

*Attorneys for Plaintiff Fair Housing Center of Central Indiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2021, a true and correct copy of the foregoing Notice of Dismissal with Prejudice was filed via CM-ECF and served on all attorneys of record, and served by electronic mail on the following attorney for Defendant Old National Bank:

Anand S. Raman
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave NW
Washington, DC 20005
anand.raman@skadden.com

                                                s/ Glenn Schlactus
                                                Glenn Schlactus