UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Notice of Dismissal with Prejudice, dkt. 20. JPH, 12/22/2021 Distribution via ECF.

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLD NATIONAL BANK, <br><br> Defendant. | No. 1:21-cv-02594-JPH-MJD |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff the Fair Housing Center of Central Indiana, Inc., dismisses the above-captioned action with prejudice.

Dated: December 21, 2021

Respectfully submitted:

/s/ Glenn Schlactus
Glenn Schlactus, *pro hac vice*
John Relman, *pro hac vice*
Sara Pratt, *pro hac vice*
Alexa Milton, *pro hac vice*
RELMAN COLFAX PLLC
1225 19th St., NW
Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
gschlactus@relmanlaw.com
spratt@relmanlaw.com
amilton@relmanlaw.com

1